FILED
DEC 14 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CR. NO. 2:05cr303-F |
| DORTHY JEAN RAWLS | )<br>) [18 U.S.C. § 1709]<br>)<br>) INDICTMENT<br>) |

The Grand Jury charges:

### Counts 1 and 2

1.  On or about the dates set forth below, in Covington County, within the Middle District of Alabama, and elsewhere,

DORTHY JEAN RAWLS,

being a Postal Service officer and employee, embezzled letters, postal cards, packages, bags, and mail, and any articles and things contained therein entrusted to her and which came into her possession intended to be conveyed by mail; and being a Postal Service officer and employee stole, abstracted, and removed from any such letters, postal cards, packages, bags, and mail, any article and thing contained therein as described below:

| Count | Date Mailed | Addressee | Item & Amount |
|---|---|---|---|
| 1. | May 5, 2005 | M.E.G. | Letter containing $100.00 Wal-Mart Gift Card |
| 2. | August 25, 2005 | L.R. | Letter containing $100.00 Currency |
| | | C.H. | Letter containing $50.00 Wal-Mart Gift Card |

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney