| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

√ INITIAL APPEARANCE  DATE: December 23, 2005
❐ BOND HEARING
❐ DETENTION HEARING  Digital Recording 1:43 - 1:50
❐ PRELIMINARY (EXAMINATION)(HEARING)
❐ REMOVAL HEARING (R.40)
❐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Charles S. Coody   **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05cr303-F   **DEFENDANT NAME:** Dorthy Jean Rawls
**AUSA:** Christopher A. Snyder   **DEFT. ATTY:** Wesley Pitters
Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
Interpreter needed: ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest December 23, 2005 or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| ❐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel. Has retained   Wesley Pitters |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐ set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❐ | Bond not executed. Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐Set for   DISCOVERY DISCLOSURE DATE: |
| ❐ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |