| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 12/28/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:38 - 10:43 |
| | **COURT REPORTER:** Risa Entrekin |

| x ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ CONSENT PLEA |
| ☐ RULE 44(c) HEARING | ☐ SENTENCING | |

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson      **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr303-F      **DEFENDANT NAME:** Dorothy Jean Rawls
**AUSA:** Christopher A. Snyder      **DEFENDANT ATTORNEY:** Amardo Wesley Pitters
Type counsel ( ) Waived; (✓) Retained; ( ) CJA; ( ) FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (✓) NO; ( ) YES   Name:
**DISCOVERY DISCLOSURE DATE:**   1/6/06

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
☐ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   x Not Guilty          ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
   ☐ Count(s):
   ☐ Count(s):      ☐ dismissed on oral motion of USA
             ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions   ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $_____ bond;
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel
x WAIVER of Speedy Trial.   CRIMINAL TERM: 6/5/06      Pretrial: 1/19/06 @ 10:00 a.m.