| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/19/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 10:05 - 10:11 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:05cr303-MEF | **DEFENDANT(S):** Dorothy Jean Rawls |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Christopher A. Snyder | * | Amardo Wesley Pitters |
| | * | |
| | * | |

**x DISCOVERY STATUS:**   Complete
Defendant has reciprocal discovery which will be provided to USA

**x PENDING MOTION STATUS:**   #12 Motion to Dismiss
#13 Motion to Suppress
**Court Order to be issued today referring both motions back to defendant for more complete submission**

❏ **PLEA STATUS:**

**x TRIAL STATUS**
**All parties will be prepared for trial by 6/5/06 trial term**

**x REMARKS:**
**Courtroom Deputy to prepare an order setting next pretrial for 4/3/06 @ 9:00 a.m.**