IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR303-MEF |
| | ) | |
| DOROTHY JEAN RAWLS | ) | |

## ORDER

The defendant filed a Motion to Suppress on 18 January 2006 (Doc. # 13) seeking suppression of statements that she made to Postal Inspector T. A. Aaron during an investigation into the unauthorized use of gift cards. The defendant's motion is replete with conclusory allegations, but its allegations are not supported by legal argument or authoritative citations. Although the defendant contends that her Fifth Amendment rights were violated, she cites only **Miranda v. Arizona**, 384 U.S. 436 (1966), as a basis for her claim.

The Order on Arraignment, entered on 4 January 2006 (Doc. # 11), provides, in pertinent part, as follows:

> Motions to suppress must allege specific facts which, if proven, would provide a basis of relief. This court will summarily dismiss suppression motions which are supported only by general or conclusory assertions founded on mere suspicion or conjecture. **All grounds upon which the defendant relies must be specifically stated in the motion in separately numbered paragraphs in a section of the motion which is labeled "Issues Presented.". Grounds not stated in the "Issues Presented" section of the motion will be deemed to have been waived.** See generally United States v. Richardson, 764 F.2d 1514, 1526-27 (11th Cir. 1985).

Accordingly, it is ORDERED as follows:

1. On or before 27 January 2006, the defendant shall re-file her Motion to Suppress, together with her brief, with authoritative citations, in support of her motion. This directive shall be construed by the parties as an extension of the defendant's time for filing her motion to suppress. It is not an extension of time to file any other pretrial motions that have not previously been filed.

2. On or before 3 February 2006, the government shall file its response to the motion, together with its brief, with authoritative citations, in support of its response.

3. If the defendant files a motion in compliance with this order, counsel and the defendant shall appear for an evidentiary hearing on the motion on 14 February 2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE