A. WESLEY PITTERS, P.C.
1145 South Perry Street
Montgomery, Alabama 36104

Hon. Christopher A. Synder
Assistant United States Attorney
Office of the United States Attorney
Criminal Division
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197

HAND DELIVERED
PITTERS LAW FIRM

HD
1/30/06
9:45

2006 JAN 30 A 9 47
RECEIVED