

DATE OF OFFENSE:        On or about May 7, 2005

NATURE OF OFFENSE:      Theft of mail matter by officer or employee

DETAILS OF OFFENSE

On or about May 7, 2005, at Andalusia, AL, in the Middle District of Alabama, **DOROTHY JEAN RAWLS**, being a Postal Service officer or employee, did unlawfully and knowingly embezzle and convert to her own use, mail matter entrusted to her, intended to be conveyed by mail, or carried or delivered by any carrier or other employee of the Postal Service and stole, abstracted, or removed items unlawfully, in violation of Title 18, United States Code, Section 1709.

On May 5, 2005, Edward Green, Jr., of Indianapolis, IN, placed in the U. S. Mail, a Mother's Day card containing a Wal-Mart gift card valued at $100.00. The card was mailed to his mother, Mary E. Green, at 603 Montgomery Street, Andalusia, AL 36420. On May 9, 2005, Mr. Green inquired of his mother if she had received his card; she stated she had not. On May 19, 2005, Carolyn Green, wife of Edward Green, Jr., queried Wal-Mart as to status of gift card No. 6019895726111272, and found that the gift card had been used in the Andalusia, AL Wal-Mart (**EXHIBIT 1**). On May 25, 2005, Mary E. Green filed an Incident Report with the Andalusia Police Department to report the theft of her Mother's Day gift card (**EXHIBIT 2**).

On August 23, 2005, Detective Alice Donaldson, City of Andalusia, AL Police Department, called Inspector T. A. Aaron to report that she had reason to believe an employee of the Andalusia, AL Post Office had stolen and used a Wal-Mart gift card. Det. Donaldson said her office had received a theft complaint from a Postal customer at 603 Montgomery Street, Andalusia, AL (**EXHIBIT 2**), claiming that a $100 Wal-Mart gift card sent to her by her son had not been received, and, in fact, had been used at the Andalusia Wal-Mart. Det. Donaldson said she contacted Wal-Mart and obtained a videotape of a person that used that stolen gift card on two separate occasions. Upon reviewing the tape, Det. Donaldson observed a person she identified as Andalusia city letter carrier **DOROTHY RAWLS**. Det. Donaldson said she was able to make this identification because Ms. **RAWLS** was known to her and was an ex-sister-in-law. Det. Donaldson went to the Andalusia Post Office and showed the videotape to Postmaster Jerry Barlow, who stated that he could not 100% ID the person in the video. He told her she should inform the Postal Inspection Service of her findings, and gave her Inspector Aaron's phone number.

On August 24, 2005, Inspector Aaron traveled to Andalusia, AL. At the City of Andalusia Police Department, he met with Detective Donaldson and Lt. Jerry Parker. They showed Inspector Aaron the videotape, and both identified the person shown on the tape as **DOROTHY RAWLS**, Andalusia city letter carrier.

On August 25, 2005, Inspector Aaron gave Postmaster Barlow, two test letters to place at the letter case of **RAWLS**. The letter addressed to 602 Auburn Ave., Andalusia, AL, contained a greeting card and $100.00 in cash (**EXHIBIT 3**).

The other letter addressed to 214 Simmons St. contained a greeting card and a $50.00 Wal-Mart gift card (**EXHIBIT 4**). Inspector Aaron observed the placement of the test letters from the lookouts. During **RAWLS'** time in the office, he observed her work her mail; and twice that morning, she placed mail in the throwback case (the area where mail that can not be delivered as addressed is placed by Postal employees). Both times, Postmaster Barlow looked through the mail in an attempt to recover the test letters; neither letter was found in the office throwback mail.

After **RAWLS** finished casing her mail and loaded her vehicle to leave for the day, Postmaster Barlow called her into his office, where she was interviewed by Inspector Aaron. Postmaster Barlow recovered the test letters inside **RAWLS'** vehicle separate from other mail. Inspector Aaron inquired of **RAWLS** what was the procedure for handling No Such Number (NSN) mail. **RAWLS** stated that she would mark the mail up and return it to sender. **RAWLS** was then asked what was the procedure for Moved Left No Address (MLNA) mail. **RAWLS** stated that she would hold the mail for ten days, and then complete an Employee Generated Change of Address; after ten days, the mail would be sent to the Centralized Forwarding Unit (CFS). Inspector Aaron then informed **RAWLS** that she had been given two such letters that day. **RAWLS** was shown a photo of the letter addressed to 602 Auburn Ave., Andalusia, AL, to which **RAWLS** stated that she did not return that letter to sender after marking it NSN, because she knew a lady at 521 Auburn whose name was Ray, so she was going to deliver the letter there. The letter addressed to 214 Simmons St., Andalusia, AL, was a MLNA taken directly from PS Form 3982 for city route 03. **RAWLS** made this entry herself, but stated that she knew this person had moved to 303 Meadowbrook St., Andalusia, AL, and that is why she kept that letter to deliver. Postmaster Barlow contacted persons at both addresses **RAWLS** stated she would deliver the letters to, and neither names were known.

Inspector Aaron asked **RAWLS** if she ever used Wal-Mart gift cards, and she stated, "Yes, she did." He asked her if she remembered using a Wal-Mart gift card in early May. She stated, "No." He then told her that she had been

000031

observed at the Andalusia Wal-Mart using a $100 stolen gift card that had been sent to an address on her route, but had not been delivered. She stated that she did not know anything about a stolen gift card. Inspector Aaron showed **RAWLS** a videotape of a black female at Wal-Mart making purchases with the stolen gift card. **RAWLS** identified herself as the person making those purchases in the video. **RAWLS** stated that she did not know how she got that card, and from time to time, she has taken "things" from people on her route **(EXHIBIT 5)**. **RAWLS** would not be specific as to what things she would take. **RAWLS** was placed on emergency suspension by the U. S. Postal Service.