
**UNITED STATES POSTAL SERVICE**

REF: 05315;emersus;dss

August 25, 2005

SUBJECT:   Emergency Placement in Off-Duty Status

Dorothy J. Rawls

City Carrier
Andalusia AL 36420-9998

**DEFENDANT'S EXHIBIT 2**

This is notice that you were placed in an off-duty status (without pay) this morning under the procedures outlined in Article 16.7 of the National Agreement. You were informed of this verbally by me this morning.

The reason for this action is there is reason to believe that retaining you in an onduty status may result in loss of mail or funds. You mishandled mail placed in your mail to be cased this morning. Mail that should have been sent to the throwback case was found in your vehicle. You were observed on a video tape using a gift card at Walmart that was mailed to an address on your route.

A further decision shall be made as to whether or not discipline shall be issued to you for the alleged misconduct. That decision shall be forthcoming in the near future.

You have the right to file a grievance on this action under the Grievance/Arbitration procedure outlined in Article 15 of the National Agreement within 14 days of your receipt of this notice.

*Jerry Barlow*
Jerry Barlow
Postmaster
Andalusia AL 36420-9998