**U.S. Postal Inspection Service**
**SWORN STATEMENT**

STATE OF: Alabama         ) SS
COUNTY OF Covington       )

I, Dorothy J Rawls, being duly sworn, depose and state:

This statement is voluntary on my part and is made so that the true facts might be known. I do not expect to gain any reward or special consideration for making this statement.

I, Dorothy J Rawls, states that on August 25th, 2005 Tyrone Aaron with the US Postal Inspectors, came to the Andalusia Post Office, to talk to me about an stolen Wal Mart Shopping Gift Card that was taken from Mrs. Mary Green, 603 Montgomery Street. He (Aaron) showed me a tape from WalMart, on the tape I indentified myself on the tape. I do not know how I obtained the gift card. I stated to him (Aaron) that I take things from people time to time on my route.

Dorothy Rawls

1 of 2

Inspection Service
Exhibit

6a

Label 113, July 1987

000040

I have read the foregoing statement consisting of __2__ pages. I have been given the opportunity to make corrections. This statement is true and correct to the best of my knowledge.

/s/ _Dorothy J. Rawls_

Subscribed and sworn to before me this __25__ day of __August__, ~~19~~ 2005

/s/ _Lynne A. Crane_
Postal Inspector

/s/ _Jim Parker_
Witness

2 of 2

Inspection Service
Exhibit
66
Label 113, July 1997

000041