IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:05cr303-F |
| ) | |
| **DOROTHY JEAN RAWLS** ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF INTENT TO PLEAD GUILTY

**COMES NOW**, Dorothy Jean Rawls, by and through undersigned counsel and hereby give notice to the Court of her intent to plead guilty to Counts I of the indictment in the above-styled cause. The defendant has heretofore entered a plea of not guilty. This change of plea is pursuant to negotiations with the United States Attorney.

    Respectfully submitted,

    s/Amardo Wesley Pitters
    **Amardo Wesley Pitters, Esquire**
    **Attorney for the Defendant**
    **Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama  36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the \_\_\_\_\_6\_\_\_\_\_ day of March, 2006, a copy of the foregoing was duly served upon the following:

>**Hon. Christopher A. Synder**
>**Assistant United States Attorney**
>**Office of the United States Attorney**
>**Criminal Division**
>**Middle District of Alabama**
>**Post Office Box 197**
>**Montgomery, Alabama  36101-0197**

via e-file

>\_s/Amardo Wesley Pitters_____
>**Amardo Wesley Pitters, Esquire**