MIDDLE DISTRICT OF ALABAMA                COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:05cr303-MEF*    **DEFENDANT NAME:** *Dorothy Jean Rawls*
**AUSA:** *Christopher A. Snyder*    **DEFENDANT ATTY:** *Amardo Wesley Pitters*
            Type Counsel:    ( ) Waived;  ( x ) Retained;  ( ) Panel CJA;  ( ) CDO
**USPO:** Dwayne Spurlock
**Defendant** _____ does    __x__ does NOT need and interpreter.
**Interpreter present?** __x__ NO _____ YES    Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
— WAIVER OF INDICTMENT executed and filed.
— MISDEMEANOR INFORMATION filed.
— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                ❏ Nol Contendere
    ❏ Not Guilty by reason of insanity
    ✓ Guilty as to:
        ✓ Count(s) __1__ of the Felony Indictment.
        ✓ Count(s) __2__  ❏ dismissed on oral motion of USA;
            ✓ to be dismissed at sentencing

✓ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**
✓ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered
— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.
✓ — **ORDER:** Defendant Continued under ✓ same bond ; ❏ Released on Bond & Conditions of Release
        ❏ summons; for:
    ❏ Trial on _____; ✓ Sentencing on _____ ❏_____ Bond ✓ to be set by Separate Order
— **ORDER:** Defendant remanded to custody of U.S. Marshal for:
        ❏ Posting a $_____ Bond;
        ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.
Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.