IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR303-MEF |
| | ) | |
| DOROTHY JEAN RAWLS | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On 13 March 2006, the defendant entered a plea of guilty and was adjudged guilty of the offense charged in the indictment.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the defendant's Motion to Suppress, filed on 17 January 2006 (Doc. # 13), and amended on 30 January 2006 (Doc. # 21), be DENIED as moot.

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before 20 March 2006. A party must specifically identify the findings in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. ***Nettles v. Wainwright***, 677 F.2d 404 (5th Cir. 1982). *See* ***Stein v. Reynolds Securities, Inc.***, 667 F.2d 33 (11th Cir. 1982). *See also* ***Bonner v. City of***

***Prichard***, 661 F.2d 1206 (11th Cir. 1981, *en banc*).

DONE this 15th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 2:05-cr-00303-MEF-VPM   Document 35   Filed 03/15/2006   Page 2 of 2