IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-303-MEF |
| | ) | |
| DOROTHY JEAN RAWLS | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 15, 2006 (Doc. #35), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to suppress filed on January 17, 2006 (Doc. #13) and amended on January 30, 2006 (Doc. #21) are DENIED as moot.

DONE this the 30th day of March, 2006.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE