IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-303-MEF |
| | ) | |
| DOTHAN JEAN RAWLS | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set for June 19, 2006 is continued to August 17, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 7th day of June, 2006.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE