# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING            AT MONTGOMERY, AL

DATE COMMENCED:   8/16/06           AT:   9:50 a.m.
DATE COMPLETED:   8/16/06           AT:   10:00 a.m.

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § | CR. NO. 2:05CR303-MEF |
| § § | |
| DOROTHY JEAN RAWLS § | |

_____
       GOVERNMENT            APPEARANCES:              DEFENDANT
Chris Snyder                                           Amardo W. Pitters
_____
                    COURT OFFICIALS PRESENT:
Jimmy Dickens, Court Reporter              Al Lancaster, USPO
Meredyth Cohen, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
_____
                    COURTROOM PROCEEDINGS:

( X )  **Sentencing**

9:50 a.m. -   Court convenes.
              Government states the terms of the plea agreement to the Court.
              The Court will accept the terms of the plea agreement.
              Court sentences defendant and advises her of her right to an appeal.
              Government Motions the Court to Dismiss Count 2 of the Indictment.
              Court GRANTS Government's Motion to Dismiss Count 2 of the
              Indictment.
10:00 a.m. -  Court is in recess.