# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    United States of America vs. Dorothy Jean Rawls**

**Case Number:    2:05cr303-MEF**

**Notice of Correction was filed in the referenced case this date to correct document #40, pages 3 and 4 in which contained victim information. The correct PDF document is attached to this notice of correction for your review.**