IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cr303-F |
| ) | |
| DOROTHY JEAN RAWLS ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR REVIEW SENTENCE AND TERMINATION OF
THE DEFENDANT'S PROBATIONARY STATUS**

**COMES NOW**, Dorothy Jean Rawls, by and through undersigned counsel and hereby move this Honorable Court for a review of her sentence and in so doing release the defendant from her probationary status in the above-styled cause. In support thereof, defendant shows the Court as follows:

1. On or about March 13, 2006, the defendant appeared before United States Magistrate Judge, The Honorable Vanzetta Penn McPherson and entered a plea of guilty to Count 1 of an indictment charging her with theft from United States mail. Said plea was a Rule 11©(1)(A) and 11(c)(1)(C) as per agreement pursuant to negotiations with the United States Attorney and the undersigned counsel for the defendant.

2. On or about August 16, 2006, the defendant appeared before United States District Judge, The Honorable Mark Fuller and was sentenced to three years probation. The defendant submits that she has served a substantial portion of her probationary term without any infractions. She has been in full compliance and has reported to her probation officer. She has no prior criminal history. She is gainfully employed. An early release of the defendant's probationary status would be of tremendous benefit to her in instances warranting her leaving the

State of Alabama, such as to go see her only son who is a member of the United States armed forces and based in Fort Hood, Texas. He was be deployed to Iraq and returned a several months ago. There is also family reunion that occurs in the summer time.

      **WHEREFORE, PREMISES CONSIDERED**, defendant would have this Honorable Court grant her a release from her probationary period.

                                      Respectfully submitted,

                                      s/Amardo Wesley Pitters_____
                                      **Amardo Wesley Pitters, Esquire**
                                      **Attorney for the Defendant**
                                      **Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama 36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

### CERTIFICATE OF SERVICE

      I hereby certify that on this the _____20_____ day of July, 2008, a copy of the foregoing was duly served upon the following:

                                      **Hon. Christopher A. Synder**
                                      **Assistant United States Attorney**
                                      **Office of the United States Attorney**
                                      **Criminal Division**
                                      **Middle District of Alabama**
                                      **Post Office Box 197**
                                      **Montgomery, Alabama 36101-0197**

via e-file.

                                      _s/Amardo Wesley Pitters_____
                                      **Amardo Wesley Pitters, Esquire**