IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )                    CASE NO. 2:05-cr-303-MEF
)
DOROTHY JEAN RAWLS )

# **O R D E R**

Upon consideration of the defendant's Motion for Review of Sentence and Termination of the Defendant's Probationary Status (Doc. #44) filed on July 20, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 31st day of July, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE